UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAVIER VILLAVICENCIO,

        Petitioner,

v.                                                                Case No. 3:26-cv-1661-JEP-SJH

WARDEN, NORTH FLORIDA
DETENTION CENTER, et al.,

        Respondents.

_____

## **ORDER**

Petitioner initiated this action by filing an unsigned Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner must include his original signature on all pleadings, motions, or other papers filed with the Court. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented."). Therefore, by **July 31, 2026**, Petitioner must either:

(1) sign the enclosed copy of the Petition (Doc. 1) and mail it to the Clerk of Court; or

(2) complete the enclosed petition form, write "Amended Petition" on the form and this case number (3:26-cv-1661-JEP-SJH), and mail it to the Clerk of Court.

Petitioner's failure to complete one of the two options listed above by July 31, 2026, may result in the dismissal of this action.

The Court directs the **Clerk** to mail Petitioner a copy of the Petition (Doc. 1) and a blank petition for writ of habeas corpus form for use in § 2241 cases.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of July, 2026.

Samuel J. Horovitz
United States Magistrate Judge

caw 7/1
c:
Javier Villavicencio, #A074 129 027